HERBERT J. STIEFEL ET AL. *v.* GEORGE L. LINDEMANN ET AL.
BELLE TERRE ASSOCIATES ET AL. *v.* GEORGE L. LINDEMANN ET AL.

The petition of the defendants George L. Lindemann and Frayda Lindemann for certification for appeal from the Appellate Court, 33 Conn. App. 799 (AC 11827/11834), is denied.

*Steven R. Humphrey* and *Linda L. Morkan,* in support of the petition.

*Howard B. Naylor* and *Douglas R. Steinmetz,* in opposition.

Decided May 6, 1994

STATE OF CONNECTICUT *v.* JUSTO CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 849 (AC 12261), is denied.

*Kenneth W. Simon,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided May 6, 1994